UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Kinza Khan
                        Plaintiff,

v.                                                     Case No.: 1:24−cv−05882
                                                    Honorable Martha M. Pacold

Wayne Levinson, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 16, 2024:

      MINUTE entry before the Honorable Martha M. Pacold: Plaintiff is ordered to show cause by 8/2/2024 why this case should not be dismissed for lack of subject matter jurisdiction. Plaintiff's complaint does not contain allegations sufficient to enable the court to assess the citizenship of the individuals named in the complaint. See Guar. Nat. Title Co. v. J.E.G. Assocs., 101 F.3d 57, 58−59 (7th Cir. 1996) (indicating that "domicile," not "residence," determines the citizenship of individuals). Additionally, plaintiff has not identified what type of entity defendant Canary Mission is. It is unclear whether Canary Mission is an LLC, a corporation, or some other entity. Based on these pleadings, the court is unable to assess whether the parties are completely diverse. By 8/2/2024, plaintiff must submit a jurisdictional statement that properly alleges the citizenship of each party. To the extent that information about defendants' citizenship is within defendants' possession rather than plaintiff's, defendants must provide that information to plaintiff in good faith for inclusion in the jurisdictional statement to allow the court to assess whether subject matter jurisdiction exists. If plaintiff does not submit a jurisdictional statement, or the allegations contained in plaintiff's statement remain deficient, this case may be dismissed for lack of subject matter jurisdiction. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.