Kinza Khan
                Plaintiff,

v.                                                          Case No.: 1:24−cv−05882
                                                                        Honorable Martha M. Pacold

Wayne Levinson, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 15, 2024:

      MINUTE entry before the Honorable Martha M. Pacold: Plaintiff was directed to submit a jurisdictional statement by 8/2/2024 explaining why this case should not be dismissed for lack of subject matter jurisdiction. To date, plaintiff has not filed a jurisdictional statement. Thus, this case is dismissed without prejudice for failure to adequately allege a basis for subject matter jurisdiction, failure to prosecute, and failure to comply with a court order. Civil case terminated. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.