UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KINZA KHAN, <br><br> Plaintiff, <br><br> v. <br><br> WAYNE LEVINSON & CANARY MISSION <br><br> Defendants. | Case No. 1:24-cv-05882 <br><br> Martha M. Pacold |

## NOTICE OF PRESENTMENT OF
## MOTION TO VACATE ORDER DISMISSING CASE

PLEASE TAKE NOTICE that on **August 29, 2024 at 9:30am.**, or as soon thereafter as it may be heard, the undersigned shall appear before the **Honorable Martha M. Pacold,** of the United States District Court for the Northern District of Illinois, 219 South Dearborn St., Courtroom 2356, Chicago, IL 60604, via Teleconference, Phone Number: 888-684-8852, Access Code: 9482028#  to present **Plaintiff's Motion to Vacate Order Dismissing Case** that has been filed and served upon all Parties of record.

DATED: August 19, 2024               Respectfully submitted,

                                     Joe Milburn
                                     Attorney for Plaintiff
                                     Council on American-Islamic Relations,
                                     Chicago Office (CAIR-Chicago)
                                     17 N. State St., Suite 1500
                                     Chicago, IL 60602
                                     Phone: 312-212-1520
                                     j-milburn@cair.com
                                     Atty. No. 6336395

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of August 2024, a true and correct copy foregoing has been provided via U.S. mail to following:

| | |
|---|---|
| Canary Mission<br>145 W 67th St Apt 31D<br>New York, NY 10023 | Wayne Levinson<br>7851 Engen Loop<br>Park City, UT 84098 |

/s/ *Joe Milburn Esq.*
Joe Milburn **ESQ.**