# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Kinza Khan

                        Plaintiff,

v.                                                                       Case No.: 1:24−cv−05882
                                                                        Honorable Martha M. Pacold

Wayne Levinson, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 28, 2024:

      MINUTE entry before the Honorable Martha M. Pacold: Plaintiff's notice of motion, [12], and the associated hearing are stricken. The court's motion procedures prohibit the noticing of motions at this time. Plaintiff's motion to vacate order is taken under advisement. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.