IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KINZA KHAN<br><br>Plaintiff,<br><br>v.<br><br>*WAYNE LEVINSON and*<br><br>*CANARY MISSION*<br><br><br><br>Defendants. | Court No.: 24-cv-05882<br><br>Honorable Judge Martha M. Pacold |

## PLAINTIFF'S MOTION TO WITHDRAW MOTION TO VACATE ORDER OF DISMISSAL

Currently pending before the Court is a motion to vacate order of dismissal filed by Plaintiff on August 16, 2024. On August 28, 2024, this Court entered a minute entry stating that the motion to vacate the order of dismissal is taken under advisement. Plaintiff respectfully requests that this Court permit withdrawal of the motion to vacate order of dismissal.

Respectfully submitted,

/s/ Joseph R. Milburn

_____

Joseph R. Milburn
Attorney for Plaintiff

Joseph R. Milburn Esq. (ARDC # 6336395)
CAIR-Chicago
17 N. State Street, Suite 1500
Chicago, Illinois 60602
P: 312-212-1520
j-milburn@cair.com