**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.2**
**Eastern Division**

Kinza Khan
                          Plaintiff,

v.                                                          Case No.: 1:24−cv−05882
                                                              Honorable Martha M. Pacold

Wayne Levinson, et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, October 4, 2024:

      MINUTE entry before the Honorable Martha M. Pacold: Plaintiff's motion to withdraw motions to vacate [14] is granted. The motions to vacate, [8], [9], [10], are withdrawn. This case remains closed. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.